UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLTON WHITEHORN<br>   Petitioner | : | |
| Vs. | : | CASE NO.3:03CV955(CFD) |
| INS<br>   Respondent | : | |

**NOTICE TO PLAINTIFF**

The plaintiff is directed to file a status report with the court by August 25, 2006 indicating whether service has been made on the respondent and, if not, why this case should not be dismissed.

It is so ordered.

Dated at Hartford, Connecticut, July 28, 2006.

KEVIN F. ROWE, CLERK

BY /s/ Devorah Johnson
   Devorah Johnson
   Deputy Clerk