UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CARLTON WHITEHORN

    Vs

INS

CASE NO. 3:03CV955 (CFD)

### ORDER OF DISMISSAL

Plaintiff having failed to file a status report with this court as required by the order of July 28, 2006, the court assumes that the plaintiff no longer wishes to pursue this matter and therefore dismisses the case.

It is so ordered.

Dated at Hartford, Connecticut this 31st day of August, 2006.

KEVIN F. ROWE, Clerk

Devorah Johnson
Deputy Clerk